**Darrell LAW, Plaintiff—Appellant,**

v.

**Zelda WESLEY, Assistant United States Attorney; Rita R. Valdrini, United States Attorney; Thomas E. Johnston, United States Attorney; John S.**

Kaull, United States Magistrate; Irene M. Keeley, United States District Judge; Jo Jo Antolock, West Virginia State Police, Defendants—Appellees.

No. 07–6915.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 25, 2007.

Darrell Law, Appellant pro se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Law appeals the district court's order accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Law v. Wesley,* No. 3:06–cv–00096, 2007 WL 1575972 (N.D.W.Va. May 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*